ULRICO S. ROSALES, State Bar No. 139809
Email:  rrosales@wsgr.com
MEAGHAN SNYDER, State Bar No.  279392
Email:  msnyder@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Plaintiff
CUTERA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTERA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUTRONIC AESTHETICS, INC., and<br>Does 1-20,<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-00235-KJM-DB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND MOTION TO TRANSFER VENUE**<br><br>Before:  The Hon. Kimberly J. Mueller<br><br>Magistrate Judge Deborah Barnes<br><br>Complaint Filed: January 31, 2020<br>Jury Trial Demanded |

WHEREAS, on February 10, 2020, Defendant Lutronic Aesthetics, Inc. ("Lutronic") filed a Motion to Dismiss and a Motion to Transfer Venue;

WHEREAS, the Motion to Dismiss and Motion to Transfer Venue are currently set for hearing on June 26, 2020;

WHEREAS, on May 29, 2020, Lutronic submitted a request to this Court to approve a substitution of attorney, substituting new counsel, Mundell, Odlum & Haws, LLP, for prior counsel, Arent Fox LLP;

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING DATE ON MTN TO
DISMISS AND MTN TO TRANSFER
CASE NO.  2:20-CV-00235-KJM-DB

-1-

11619017_1.docx

WHEREAS, on June 3, 2020, the Court approved the requested substitution of attorney, substituting new counsel, Mundell, Odlum & Haws, LLP, for prior counsel, Arent Fox LLP

WHEREAS, the parties require additional time to review the underlying proceedings in this Court, as well as a related matter pending before JAMS, including the issues presented by the Motion to Dismiss and Motion to Transfer Venue and to prepare for the hearings on said Motions;

WHEREAS, counsel for both parties request a continuance of the hearing on the Motion to Dismiss and Motion to Transfer Venue and an extension of the briefing schedule, as set forth below and subject to this Court's approval;

IT IS HEREBY STIPULATED AND AGREED by the parties, pursuant to Civil Local Rule 230(f) and subject to the Court's approval, by and through the undersigned counsel, as follows:

1.      The hearing on Lutronic's Motion to Dismiss and Motion to Transfer Venue shall be reset to July 24, 2020 at 10:00 a.m.

2.      Cutera's opposition to Lutronic's Motion to Dismiss and Motion to Transfer Venue shall be filed by July 10, 2020.

3.      Lutronic's reply shall be filed by July 17, 2020.

Dated:  June 3, 2020                                    WILSON SONSINI GOODRICH & ROSATI
                                                                  Professional Corporation


                                                                  By: _____/s/ Ulrico S. Rosales_____
                                                                         Ulrico S. Rosales
                                                                         Meaghan A. Snyder

                                                                         Telephone:  650.493.9300
                                                                         Email:  rrosales@wsgr.com

                                                                         Attorneys for Plaintiff
                                                                         CUTERA, INC.

///
///
///
///
///

Dated:  June 3, 2020     MUNDELL, ODLUM & HAWS, LLP


By: _____/s/ James A. Odlum_____
    James A. Odlum

Telephone:  909.890.9500
Email: jodlum@mohlaw.com

Attorneys for Defendant
LUTRONIC AESTHETICS, INC.

---

## ORDER

IT IS HEREBY ORDERED THAT:

1.  The hearing on Lutronic's Motion to Dismiss and Motion to Transfer Venue is reset to July 24, 2020 at 10:00 a.m.

2.  Cutera's opposition to Lutronic's Motion to Dismiss and Motion to Transfer Venue shall be filed by July 10, 2020.

3.  Lutronic's reply shall be filed by July 17, 2020.

It is FURTHER ORDERED that the Status (Pretrial Scheduling) Conference set for June 26, 2020, is VACATED and RESET for July 24, 2020.

IT IS SO ORDERED.

Dated: June 10, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE