ULRICO S. ROSALES, State Bar No. 139809
Email: rrosales@wsgr.com
MEAGHAN A. SNYDER, State Bar No. 279392
Email: msnyder@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Plaintiff
CUTERA, INC.

JAMES A. ODLUM, State Bar No.109766
Email: jodlum@mohlaw.com
MARSHALL L. BRUBACHER, State Bar No. 199100
Email: mbrubacher@mohlaw.com
MUNDELL, ODLUM & HAWS, LLP
650 E. Hospitality Lane, Suite 470
San Bernardino, CA  92408
Telephone: (909) 890-9500
Facsimile: (909) 890-9580

Attorneys for Defendant
LUTRONIC AESTHETICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTERA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUTRONIC AESTHETICS, INC., and Does 1-20,<br><br>　　　　Defendants. | CASE NO.: 2:20-CV-00235-KJM-DB<br><br>**STIPULATED REQUEST AND ORDER TO AMEND COURT'S SCHEDULING ORDER**<br><br>Before:  The Hon. Kimberly J. Mueller<br><br>Magistrate Judge Deborah Barnes<br><br>Complaint Filed: January 31, 2020<br>Jury Trial Demanded |

　　　　Plaintiff Cutera, Inc. ("Plaintiff" or "Cutera") and Defendant Lutronic Aesthetics, Inc. ("Defendant" or "Lutronic"), together the "Parties," by and through their respective counsel of

record, hereby submit the following joint request to amend the Court's Scheduling Order in this matter as set forth in their proposed order:

WHEREAS, the Parties are involved in a related and ongoing arbitration proceeding with JAMS (JAMS Reference No. 1110025250) involving Cutera and ten (10) current Lutronic employees formerly employed by Cutera (the "Lutronic Respondents");

WHEREAS, the Parties have agreed that the discovery from the JAMS matter, and specifically, the discovery obtained from an arbitrator-appointed neutral forensics examiner, may be used in this matter;

WHEREAS, the Court's August 4, 2020, Scheduling Order memorialized the Parties' agreement that discovery in their related JAMS proceeding shall be shared in this case, subject to the Federal Rules;

WHEREAS, on June 19, 2020, the arbitrator in the JAMS proceeding appointed a Neutral Forensic Special Master ("Special Master") to oversee ESI discovery, assist the discovery process, and conduct a forensic analysis of the Lutronic Respondents' devices and accounts, and the Special Master issued an order and forensic protocol ("Forensic Protocol") on October 2, 2020;

WHEREAS, per the Forensics Protocol, during November and December 2020, the Lutronic Respondents provided the Special Master with 54 devices and accounts for inspection, and the Special Master has categorized the devices and accounts with high, medium, and low priority designations to facilitate his and the Parties' review of the files obtained from the devices and accounts.  As of March 25, 2021, counsel for the Lutronic Respondents have been provided with the files obtained from the high priority devices in order to review for privilege, and have until April 2 to review those files.  Following the Lutronic Respondents' review, Cutera will then have the opportunity to begin its review of the files and identify those that Cutera believes may contain potential evidence and/or trade secrets, and this process will then be repeated for the medium and low priority devices.  Pursuant to the Forensic Protocol, within a "reasonable timeframe" of receiving the items that Cutera has identified, the Special Master will perform his forensic analysis on each file.  As such, as of March 25, Cutera has not yet had access to or

commenced its review of any files responsive to the Special Master's search for documents responsive to the Parties' agreed-upon search terms. The slow forensics progress to date has delayed the Parties being able to undertake necessary discovery regarding their respective claims and defenses in this matter. The Parties anticipate that the forensic examination process will be complete in approximately three months.

WHEREAS, as set forth above, the Special Master and the Parties require additional time to complete the forensic examination process and discovery in both the JAMS matter and the instant case;

WHEREAS, the Parties believe that due to the above-referenced forensics activities and resulting lapse of time it is necessary to, and good cause exists to, extend the fact discovery, expert, and dispositive motion schedule set forth in the Court's Scheduling Order by 180 days, as set forth below and subject to this Court's approval;

IT IS HEREBY STIPULATED AND AGREED by the parties, and subject to the Court's approval, by and through the undersigned counsel, as follows:

1. Fact discovery shall be completed by November 1, 2021.
2. Expert disclosures shall be completed by December 1, 2021.
3. Rebuttal expert witnesses shall be exchanged by December 22, 2021.
4. Expert discovery shall be completed by January 24, 2022.

///
///
///
///
///
///
///
///
///

JOINT STIPULATION AND ORDER          -3-
CASE NO. 2:20-CV-00235-KJM-DB

5. All dispositive motions shall be heard by March 4, 2022.

IT IS SO STIPULATED.

Dated: March 25, 2021                          WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation


                                               By: /s/ Ulrico S. Rosales
                                                   Ulrico S. Rosales
                                                   Meaghan Snyder

                                               Telephone: 650.493.9300
                                               Email: rrosales@wsgr.com

                                               Attorneys for Plaintiff
                                               CUTERA, INC.

Dated: March 25, 2021                          MUNDELL, ODLUM & HAWS, LLP


                                               By: /s/ James A. Odlum
                                                   James A. Odlum
                                                   Marshall L. Brubacher

                                               Telephone: 909.890.9500
                                               Email: jodlum@mohlaw.com

                                               Attorneys for Defendant
                                               LUTRONIC AESTHETICS, INC.

**ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

                                               By: /s/ Ulrico S. Rosales
                                                   Ulrico S. Rosales

                                               ULRICO S. ROSALES (SBN 139809)

**IT IS SO ORDERED.**

DATED: April 5, 2021.

                                               _____
                                               CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
CASE NO. 2:20-CV-00235-KJM-DB