ULRICO S. ROSALES, State Bar No. 139809
Email: rrosales@wsgr.com
MEAGHAN A. SNYDER, State Bar No. 279392
Email: msnyder@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff
CUTERA, INC.

JAMES A. ODLUM, State Bar No.109766
Email: jodlum@mohlaw.com
MARSHALL L. BRUBACHER, State Bar No. 199100
Email: mbrubacher@mohlaw.com
MUNDELL, ODLUM & HAWS, LLP
650 E. Hospitality Lane, Suite 470
San Bernardino, CA  92408
Telephone: (909) 890-9500
Facsimile: (909) 890-9580

Attorneys for Plaintiff
LUTRONIC AESTHETICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LUTRONIC AESTHETICS, INC., and Does 1-20, <br><br> Defendants. | CASE NO.: 2:20-CV-00235-KJM-DB <br><br> **STIPULATED REQUEST AND ORDER TO AMEND COURT'S SCHEDULING ORDER** <br><br> Before: <br> The Hon. Kimberly J. Mueller <br><br> Magistrate Judge Deborah Barnes <br><br> Complaint Filed: January 31, 2020 <br> Jury Trial Demanded |

-1-

1     Plaintiff Cutera, Inc. ("Plaintiff" or "Cutera") and Defendant Lutronic Aesthetics, Inc. ("Defendant" or "Lutronic"), together the "Parties," by and through their respective counsel of record, hereby submit the following joint request to amend the Court's Scheduling Order in this matter as set forth in their proposed order:

WHEREAS, the Parties are involved in a related and ongoing arbitration proceeding with JAMS (JAMS Reference No. 1110025250) involving Cutera and ten (10) current Lutronic employees formerly employed by Cutera (the "Lutronic Respondents");

WHEREAS, the Parties have agreed that the discovery from the JAMS matter, and specifically, the discovery obtained from an arbitrator-appointed neutral forensics examiner, Daniel Garrie, may be used in this matter;

WHEREAS, the Court's August 4, 2020, Scheduling Order memorialized the Parties' agreement that discovery in their related JAMS proceeding shall be shared in this case, subject to the Federal Rules;

WHEREAS, by order dated April 5, 2021, this Court previously extended the pretrial deadlines below because of the significant time involved in forensically examining, collecting, and conducting a privilege review of 54 devices and accounts of the Lutronic Respondents:

1.  Fact discovery shall be completed by November 1, 2021.
2.  Expert disclosures shall be completed by December 1, 2021.
3.  Rebuttal expert witnesses shall be exchanged by December 22, 2021.
4.  Expert discovery shall be completed by January 24, 2022.
5.  All dispositive motions shall be heard by February 23, 2022.

WHEREAS, counsel for the Lutronic Respondents were provided with 863.15 gigabytes of data (i.e., approximately 21,578,750 printed pages) to review for privilege, and counsel for the Lutronic Respondents has completed that review as of August 2021;

WHEREAS, the consultant retained by Plaintiff, Lighthouse has received the data described above and is processing it and making it available to Plaintiff's counsel to review using Relativity;

WHEREAS, Lighthouse has provided much of the data described above but has encountered technical issues processing some of it, including, for example, email attachments;

WHEREAS, Lighthouse and the e-discovery consultant for the Lutronic Respondents, Setec Investigations ("Setec"), are working together to overcome the technical issues referenced above;

WHEREAS, Plaintiff's counsel has not yet had access to or commenced its review of many of the files responsive to the Special Master's search for documents responsive to the Parties' agreed-upon search terms described above, and the slow forensics progress to date has delayed the Parties being able to undertake necessary discovery regarding their respective claims and defenses in this matter;

WHEREAS, the Parties anticipate that Plaintiff's counsel's review of the data collected during the forensic examination process will be complete in approximately three months;

WHEREAS, pursuant to the Forensic Protocol, within a "reasonable timeframe" of receiving the items that Cutera identifies, the Special Master will perform his forensic analysis on each file.

WHEREAS, as set forth above, and in the declaration of the Special Master attached hereto, the Special Master and the Parties require additional time to complete the forensic examination process and discovery in both the JAMS matter and the instant case;

WHEREAS, the Parties believe that due to the above-referenced forensics activities and resulting lapse of time it is necessary to, and good cause exists to, extend the fact discovery, expert, and dispositive motion schedule set forth in the Court's Scheduling Order by 180 days, as set forth below and subject to this Court's approval;

IT IS HEREBY STIPULATED AND AGREED by the parties, and subject to the Court's approval, by and through the undersigned counsel, as follows:

1. Fact discovery shall be completed by May 2, 2022.
2. Expert disclosures shall be completed by May 31, 2022.
3. Rebuttal expert witnesses shall be exchanged by June 20, 2022.

4.     Expert discovery shall be completed by July 25, 2022.

5.     All dispositive motions shall be heard by August 22, 2022.

IT IS SO STIPULATED.

Dated: September 13, 2021          WILSON SONSINI GOODRICH
                                                     & ROSATI

                                                     */s/ Ulrico Rosales*
                                                     Ulrico Rosales
                                                     Attorneys for Plaintiff
                                                     CUTERA, INC.

Dated: September 13, 2021          MUNDELL, ODLUM & HAWS, LLP

                                                     */s/ Marshall L. Brubacher*
                                                     Marshall L. Brubacher
                                                     Attorneys for Defendant
                                                     LUTRONIC AESTHETICS, INC.

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

                                   By:    */s/ Marshall L. Brubacher*
                                                    Marshall L. Brubacher

                                   MARSHALL L. BRUBACHER (SBN 199100)

**ORDER**

The parties jointly request (ECF No. 56) to amend dates in the pretrial scheduling order (ECF No. 55). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
| --- | --- | --- |
| Discovery Cutoff | 11/1/2021 | 5/2/2022 |
| Expert Disclosures | 12/1/2021 | 5/31/2022 |
| Supplemental Expert Disclosures | 12/22/2021 | 6/20/2022 |
| Completion of Expert Discovery | 1/24/2022 | 7/25/2022 |
| All Dispositive Motions Hearing Date | 2/23/2022 | 8/26/2022 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 47).

IT IS SO ORDERED.

This order resolves ECF No. 56.

DATED: September 16, 2021.

CHIEF UNITED STATES DISTRICT JUDGE