ULRICO S. ROSALES, State Bar No. 139809
Email: rrosales@wsgr.com
NEDIM NOVAKOVIC, State Bar No. 313574
Email: nnovakovic@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
CUTERA, INC.

JAMES A. ODLUM, State Bar No.109766
Email: jodlum@mohlaw.com
MARSHALL L. BRUBACHER, State Bar No. 199100
Email: mbrubacher@mohlaw.com
MUNDELL, ODLUM & HAWS, LLP
650 E. Hospitality Lane, Suite 470
San Bernardino, CA  92408
Telephone: (909) 890-9500
Facsimile: (909) 890-9580

Attorneys for Plaintiff
LUTRONIC AESTHETICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTERA, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>LUTRONIC AESTHETICS, INC., and Does 1-20,<br><br>        Defendants. | CASE NO.: 2:20-CV-00235-KJM-DB<br><br>**STIPULATED REQUEST AND ORDER TO AMEND FURTHER COURT'S SCHEDULING ORDER**<br><br>Before: The Hon. Kimberly J. Mueller<br><br>Magistrate Judge Deborah Barnes<br><br>Complaint Filed: January 31, 2020<br><br>FAC Filed: September 14, 2020<br><br>Jury Trial Demanded |

Plaintiff Cutera, Inc. ("Plaintiff" or "Cutera") and Defendant Lutronic Aesthetics, Inc. ("Defendant" or "Lutronic"), together the "Parties," by and through their respective counsel of record, hereby submit the following joint request to amend further the Court's Scheduling Order in this matter as set forth in their proposed order:

WHEREAS, the Parties are involved in a related and ongoing arbitration proceeding with JAMS (JAMS Reference No. 1110025250) involving Cutera and ten (10) current Lutronic employees formerly employed by Cutera (the "Lutronic Respondents");

WHEREAS, the Parties have agreed that the discovery from the JAMS matter, and specifically, the discovery obtained from an arbitrator-appointed neutral forensics examiner, Daniel Garrie, may be used in this matter;

WHEREAS, the Court's August 4, 2020, Scheduling Order memorialized the Parties' agreement that discovery in their related JAMS proceeding shall be shared in this case, subject to the Federal Rules;

WHEREAS, by orders dated April 5, 2021, and September 16, 2021, this Court previously extended the pretrial deadlines below because of the significant time involved in forensically examining, collecting, and conducting a privilege review of 54 devices and accounts of the Lutronic Respondents, and the current deadlines are as follows:

1. Fact discovery shall be completed by May 2, 2022.
2. Expert disclosures shall be completed by May 31, 2022.
3. Rebuttal expert witnesses shall be exchanged by June 20, 2022.
4. Expert discovery shall be completed by July 25, 2022.
5. All dispositive motions shall be heard by August 26, 2022.

WHEREAS, the parties continue to engage in extensive forensics discovery;

WHEREAS, the Parties have obtained voluminous discovery (863.15 gigabytes, the equivalent of 21,578,750 pages) from the arbitrator-appointed neutral forensics examiner in the JAMS matter, and said information remains the subject of review, as well as meet and confer conferences regarding privilege issues;

STIPULATED REQUEST AND ORDER TO AMEND FURTHER COURT'S SCHEDULING ORDER
CASE NO. 2:20-CV-00235-KJM-DB
-2-

WHEREAS, the Parties anticipate that Plaintiff's counsel's review of the data collected during the forensic examination process will be complete in approximately four months;

WHEREAS, the Parties anticipate further written discovery and deposition discovery in addition to discovery outstanding;

WHEREAS, Lutronic has stipulated to Cutera's amendment of the first amended complaint in this matter to permit the addition of certain trademark related claims against Lutronic Aesthetics, Inc.  Defendant has opposed Plaintiff's motion for leave to add Lutronic Corp. as a defendant;

WHEREAS, the Court has taken under submission Cutera's motion to file a further amended complaint and has not yet ruled on the motion;

WHEREAS, the Parties believe that due to the above-referenced forensics activities and resulting lapse of time it is necessary to, and good cause exists to, extend the fact discovery, expert, and dispositive motion schedule set forth in the Court's Scheduling Order by 180 days, as set forth below and subject to this Court's approval;

IT IS HEREBY STIPULATED AND AGREED by the parties, and subject to the Court's approval, by and through the undersigned counsel, as follows:

1. Fact discovery shall be completed by November 7,  2022.
2. Expert disclosures shall be completed by December 2, 2022.
3. Rebuttal expert witnesses shall be exchanged by January 10, 2023.
4. Expert discovery shall be completed by February 3, 2023.

/ / /

5. All dispositive motions shall be heard by March 10, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 11, 2022 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:  /s/ Ulrico S. Rosales<br>      Ulrico S. Rosales<br>      Nedim Novakovic<br><br>Telephone: 650.493.9300<br>Email: rrosales@wsgr.com<br><br>Attorneys for Plaintiff<br>CUTERA, INC. |
| Dated: April 11, 2022 | MUNDELL, ODLUM & HAWS, LLP<br><br>By:  /s/James A. Odlum<br>      James A. Odlum<br>      Marshall L. Brubacher<br><br>Telephone: 909.890.9500<br>Email: jodlum@mohlaw.com<br><br>Attorneys for Defendant<br>LUTRONIC AESTHETICS, INC. |

**ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

By:  /s/ Ulrico S. Rosales
      Ulrico S. Rosales

ULRICO S. ROSALES (SBN 139809)

**ORDER**

**IT IS SO ORDERED.** The Court's Scheduling Order in this matter is amended as follows:

1. Fact discovery shall be completed by November 7, 2022.
2. Expert disclosures shall be completed by December 2, 2022.
3. Rebuttal expert witnesses shall be exchanged by January 10, 2023.
4. Expert discovery shall be completed by February 3, 2023.
5. All dispositive motions shall be heard by March 10, 2023.

DATED: April 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE