ULRICO S. ROSALES, State Bar No. 139809
Email: rrosales@wsgr.com
NEDIM NOVAKOVIC, State Bar No. 313574
Email: nnovakovic@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
CUTERA, INC.

JAMES A. ODLUM, State Bar No.109766
Email: jodlum@mohlaw.com
MARSHALL L. BRUBACHER, State Bar No. 199100
Email: mbrubacher@mohlaw.com
MUNDELL, ODLUM & HAWS, LLP
650 E. Hospitality Lane, Suite 470
San Bernardino, CA  92408
Telephone: (909) 890-9500
Facsimile: (909) 890-9580

Attorneys for Defendant
LUTRONIC AESTHETICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTERA, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>LUTRONIC AESTHETICS, INC., and Does 1-20,<br><br>       Defendants. | CASE NO.: 2:20-CV-00235-KJM-DB<br><br>**STIPULATED REQUEST AND ORDER TO FURTHER AMEND COURT'S SCHEDULING ORDER**<br><br>Before:<br>The Hon. Kimberly J. Mueller<br><br>Magistrate Judge Deborah Barnes<br><br>Complaint Filed: January 31, 2020<br><br>FAC Filed: September 14, 2020<br><br>Jury Trial Demanded |

Plaintiff Cutera, Inc. ("Plaintiff" or "Cutera") and Defendant Lutronic Aesthetics, Inc. ("Defendant" or "Lutronic"), together the "Parties," by and through their respective counsel of record, hereby submit the following joint request to amend further the Court's Scheduling Order in this matter as set forth in their proposed order:

## RECITALS

A.     The Parties are involved in a related and ongoing arbitration proceeding with JAMS (JAMS Reference No. 1110025250) involving Cutera and ten (10) current Lutronic employees formerly employed by Cutera (the "Lutronic Respondents");

B.     The Parties have agreed that the discovery from the JAMS matter, and specifically, the discovery obtained from an arbitrator-appointed neutral forensics examiner, Daniel Garrie, may be used in this matter;

C.     The Court's August 4, 2020, Scheduling Order memorialized the Parties' agreement that discovery in their related JAMS proceeding shall be shared in this case, subject to the Federal Rules;

D.     This Court three times previously extended the pretrial deadlines below because of the significant time involved in forensically examining, collecting, and conducting a privilege review of the huge number of documents generated in ESI discovery;

E.     Per the Court's April 25, 2022 Order [Doc. 76] the current deadlines are as follows:

        1.     Fact discovery shall be completed by November 7, 2022.

        2.     Expert disclosures shall be completed by December 2, 2022.

        3.     Rebuttal expert witnesses shall be exchanged by January 10, 2023

        4.     Expert discovery shall be completed by February 3, 2023.

        5.     All dispositive motions shall be heard by March 10, 2023.

F.     The parties continue to engage in extensive forensics discovery, both in the JAMS proceeding and in this case;

G.     The Parties are still currently engaged in responding to each other's requests for production, which require extensive ESI discovery as well as non-ESI searches and inquiry;

H.     Within the past week, both parties have produced documents in response to requests for production.   The parties have been extensively meeting and conferring regarding discovery, but both parties anticipate that each will need to bring a motion to compel once the meet and confer processes have been completed;

I.     The Parties anticipate further written discovery and deposition discovery in addition to discovery outstanding;

J.     Plaintiff brought a motion for leave to file a second amended complaint, which was heard on March 5, 2022.  Defendant did not oppose adding new claims against it, but did oppose adding a new party, Lutronic Corporation.  The Court has issued its ruling on the motion, permitting Plaintiff to add additional claims;

K.     The Parties believe that due to the current status of discovery, the extensive discovery remaining,  and other work needed to ready the case for settlement or trial, good cause exists to extend the fact discovery, expert, and dispositive motion schedule set forth in the Court's Scheduling Order by 180 days, as set forth below and subject to this Court's approval;

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the parties to request the Court to amend the Scheduling Order, as follows:

1.     Fact discovery shall be completed by May 7, 2023.

2.     Expert disclosures shall be completed by June 2, 2023.

3.     Rebuttal expert witnesses shall be exchanged by July 10, 2023.

4.     Expert discovery shall be completed by August 3, 2023.

5.      All dispositive motions shall be heard by October 6, 2023.

IT IS SO STIPULATED.


Dated:  August 2, 2022                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                          By:   /s/ Ulrico S. Rosales
                                                Ulrico S. Rosales

                                          Telephone:  650.493.9300
                                          Email:  rrosales@wsgr.com

                                          Attorneys for Plaintiff
                                          CUTERA, INC.


Dated:  August 2, 2022                    MUNDELL, ODLUM & HAWS, LLP


                                          By:   /s/James A. Odlum
                                                James A. Odlum
                                                Marshall L. Brubacher

                                          Telephone:  909.890.9500
                                          Email:  jodlum@mohlaw.com

                                          Attorneys for Defendant
                                          LUTRONIC AESTHETICS, INC.


## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

                                          By:   /s/James A. Odlum

                                          JAMES A. ODLUM (SBN 109766)

1

ORDER

2

The court GRANTS the parties' request to amend the Scheduling Order, as follows:

3

4
1.      Fact discovery shall be completed by May 7, 2023.

5
2.      Expert disclosures shall be completed by June 2, 2023.

6
3.      Rebuttal expert witnesses shall be exchanged by July 10, 2023.

7
4.      Expert discovery shall be completed by August 3, 2023.

8
5.      All dispositive motions shall be heard by October 6, 2023.

9
**IT IS SO ORDERED.**

10
DATED:  August 10, 2022

11

12

CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28