UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CUTERA, INC., | ) | CASE NO.: 2:20-CV-00235-KJM-DB |
| Plaintiff, | ) ) ) | **STIPULATED REQUEST AND ORDER TO FURTHER AMEND COURT'S SCHEDULING ORDER** |
| v. | ) | |
| LUTRONIC AESTHETICS, INC., and Does 1-20, | ) ) | Before:  The Hon. Kimberly J. Mueller |
| Defendants. | ) ) | Magistrate Judge Deborah Barnes |
| | ) ) | Complaint Filed: January 31, 2020 |
| | ) ) | FAC Filed: September 14, 2020 |
| | ) ) | SAC Filed: August 4, 2022 |
| | ) ) | Jury Trial Demanded |

STIPULATED REQUEST AND ORDER TO FURTHER AMEND COURT'S SCHEDULING ORDER
CASE NO. 2:20-CV-00235-KJM-DB

-1-

4883-0448-8784.3

Plaintiff Cutera, Inc. ("Plaintiff" or "Cutera") and Defendant Lutronic Aesthetics, Inc. ("Defendant" or "Lutronic"), together the "Parties," by and through their respective counsel of record, hereby submit the following joint request to amend further the Court's Scheduling Order in this matter as set forth in their proposed order:

**RECITALS**

WHEREAS, the Parties are involved in a related and ongoing arbitration proceeding with JAMS (JAMS Ref. No. 1110025250) involving Cutera and ten (10) current Lutronic employees formerly employed by Cutera;

WHEREAS, the Parties have agreed that the discovery from the JAMS matter, and specifically, the discovery obtained from an arbitrator-appointed neutral forensics examiner may be used in this matter;

WHEREAS, the Court's August 4, 2020, Scheduling Order memorialized the Parties' agreement that discovery in their related JAMS proceeding shall be shared in this case, subject to the Federal Rules;

WHEREAS, the Court has four times previously extended pretrial deadlines below because of the significant time involved in forensically examining, collecting, and conducting a privilege review of the huge number of documents generated in ESI discovery;

WHEREAS, the current deadlines are set forth below:

1. Fact discovery shall be completed by May 7, 2023.
2. Expert disclosures shall be completed by June 2, 2023.
3. Rebuttal expert witnesses shall be exchanged by July 10, 2023.
4. Expert discovery shall be completed by August 3, 2023.
5. All dispositive motions shall be heard by October 6, 2023.

WHEREAS, the parties continue to engage in extensive forensics discovery, both in the JAMS proceeding and in this case;

WHEREAS, Defendant has made voluminous productions of hundreds of thousands of documents (which Plaintiff is still in the process of reviewing) and has indicated that additional

STIPULATED REQUEST AND ORDER TO
FURTHER AMEND COURT'S SCHEDULING
ORDER
CASE NO. 2:20-CV-00235-KJM-DB

-2-

large productions remain forthcoming, however, there remain outstanding discovery issues which, despite extensive meet and confer efforts by the Parties, remain unresolved but which will require the additional document productions and may necessitate motion(s) to compel;

WHEREAS, the Parties also anticipate that this case will require further written discovery and a number of depositions, in addition to the substantial document productions which have already been made and which may be made in the future following further meet and confer efforts and/or motion(s) to compel;

WHEREAS, the Parties believe that due to the current status of discovery (including the vast number of documents produced that need to be reviewed, the significant number of documents expected to be produced in the coming weeks, and the unresolved discovery issues), the extensive discovery remaining, and additional work needed to ready the case for settlement or trial, good cause exists to extend the fact discovery, expert, and dispositive motion schedule set forth in the most recent Scheduling Order by approximately five (5) additional months, as set forth below, and subject to this Court's approval;

IT IS HEREBY STIPULATED AND AGREED by the parties, and subject to the Court's approval, by and through the undersigned counsel, as follows:

1. Fact discovery shall be completed by October 7, 2023.
2. Expert disclosures shall be completed by November 2, 2023.
3. Rebuttal expert witnesses shall be exchanged by December 11, 2023.
4. Expert discovery shall be completed by January 3, 2024.

///

STIPULATED REQUEST AND ORDER TO FURTHER AMEND COURT'S SCHEDULING ORDER
CASE NO. 2:20-CV-00235-KJM-DB

-3-

5. All dispositive motions shall be heard by March 6, 2024.

IT IS SO STIPULATED.

Dated: February 17, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Ulrico S. Rosales
      Ulrico S. Rosales
      Nedim Novakovic

Telephone: 650.493.9300
Email: rrosales@wsgr.com

Attorneys for Plaintiff
CUTERA, INC.

Dated: February 17, 2023

MUNDELL, ODLUM & HAWS, LLP

By:   /s/ James A. Odlum
      James A. Odlum
      Marshall L. Brubacher

Telephone: 909.890.9500
Email: jodlum@mohlaw.com

Attorneys for Defendant
LUTRONIC AESTHETICS, INC.

**ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

By:   /s/ Ulrico S. Rosales
      Ulrico S. Rosales

ULRICO S. ROSALES (SBN 139809)

**ORDER**

Having considered the parties' stipulation, and good cause appearing, the court orders the following:

1. Fact discovery shall be completed by October 7, 2023.
2. Expert disclosures shall be completed by November 2, 2023.
3. Rebuttal expert witnesses shall be exchanged by December 11, 2023.
4. Expert discovery shall be completed by January 3, 2024.
5. All dispositive motions shall be heard by March 8, 2024.[1]

**IT IS SO ORDERED.**

Dated:  March 2, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties' identified date of March 6, 2024, is not a viable hearing date.

STIPULATED REQUEST AND ORDER TO FURTHER AMEND COURT'S SCHEDULING ORDER
CASE NO. 2:20-CV-00235-KJM-DB

-5-