1  ULRICO S. ROSALES, State Bar No. 139809
   Email: rrosales@wsgr.com
2  NEDIM NOVAKOVIC, State Bar No. 313574
   Email: nnovakovic@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Plaintiff
7  CUTERA, INC.

8  JAMES A. ODLUM, State Bar No.109766
   Email: jodlum@mohlaw.com
9  MARSHALL L. BRUBACHER, State Bar No. 199100
   Email: mbrubacher@mohlaw.com
10 MUNDELL, ODLUM & HAWS, LLP
   650 E. Hospitality Lane, Suite 470
11 San Bernardino, CA  92408
   Telephone: (909) 890-9500
12 Facsimile: (909) 890-9580

13 Attorneys for Defendant
   LUTRONIC AESTHETICS, INC.
14

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  CUTERA, INC., | NO.: 2:20-CV-00235-KJM-DB |
| 18          Plaintiff, | **STIPULATULATION AND ORDER TO STAY ACTION PENDING MEDIATION** |
| 19     v. | |
| 20  LUTRONIC AESTHETICS, INC., and Does 1-20, | Before: The Hon. Kimberly J. Mueller |
| 21 | |
| 22          Defendants. | Magistrate Judge Deborah Barnes |
| 23 | Complaint Filed: January 31, 2020 |
| 24 | FAC Filed: September 14, 2020 |

28

Plaintiff Cutera, Inc. ("Plaintiff" or "Cutera") and Defendant Lutronic Aesthetics, Inc. ("Defendant" or "Lutronic"), together the "Parties," by and through their respective counsel of record, hereby stipulate to request the Court to stay this action pending mediation. This stipulation is based on the following:

## RECITALS

A. This action has been pending in this Court since January 31, 2020.

B. The Parties are also engaged in a related and ongoing arbitration with JAMS (JAMS Reference No. 1110025250) involving Cutera and ten (10) current Lutronic employees formerly employed by Cutera;

C. The Parties have agreed that discovery from the JAMS matter, and specifically, the discovery obtained from an arbitrator-appointed neutral forensics examiner, Daniel Garrie, may be used in this matter;

D. This Court has previously extended pretrial deadlines by stipulation because of the significant time in forensically examining, collecting, and conducting privilege reviews. The current deadlines are:

   1. Fact discovery completion October 7, 2023
   2. Expert disclosures November 2, 2023
   3. Rebuttal expert witness exchange deadline December 11, 2023
   4. Expert witness completion January 3, 2024
   5. Dispositive motions to be heard by March 6, 2024

E. Thus far, the equivalent of millions of pages of discovery have been produced to Cutera. The parties are still engaged in extensive forensic discovery;

F. The Parties also anticipate that this case will require further written discovery, depositions, and motion practice;

G. The Parties have recently agreed to pursue mediation in an effort to settle this case and all related litigation. The Parties believe that recent executive management and board director changes at Cutera; as well as changes at Lutronic favor a mediation at

this time, without the additional expense and effort associated with litigation in this matter;

      H.      The Parties are in the process of selecting a mediator and scheduling a mediation;

      I.      The Parties desire to stay this action for 120 days to afford them an opportunity to resolve the action without expending more time and money on discovery and motion practice;

      J.      The Parties agree that a successful mediation of this action will resolve this case without further expenditure of Court resources;

      K.      The parties therefore respectfully request that the Court stay this action for 120 days, vacate all pending deadlines and, if the case is not resolved by mediation, the Court hold a Case Management Conference.

## STIPULATION

IT IS HEREBY STIPULATED, as follows:

1. All proceedings before this Court in this action are stayed for 120 days.

2. Discovery in this action be stayed for 120 days.

3. If mediation concludes with no resolution of this action, then a Case Management Conference shall be held to set a new Scheduling Order.

IT IS SO STIPULATED.

Dated: June 27, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ulrico S. Rosales
Ulrico S. Rosales

Telephone: 650.493.9300
Email: rrosales@wsgr.com

Attorneys for Plaintiff
CUTERA, INC.

STIPULATED REQUEST AND ORDER TO STAY
CASE NO. 2:20-CV-00235-KJM-DB
-3-

Dated: June 27, 2023                                    MUNDELL, ODLUM & HAWS, LLP

By:  /s/James A. Odlum
     James A. Odlum
     Marshall L. Brubacher

Telephone:  909.890.9500
Email:  jodlum@mohlaw.com

Attorneys for Defendant
LUTRONIC AESTHETICS, INC.

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

By:  /s/James A. Odlum

JAMES A. ODLUM (SBN 109766)

## ORDER

PURSUANT TO STIPULATION, and good cause appearing, this matter is **stayed** for 120 days, during which no motion practice or discovery shall be conducted. If mediation concludes with no resolution of this action, a Case Management Conference shall take place on November 2, 2023 at 2:30 p.m. before the undersigned. A joint Case Management Statement shall be filed on or before October 19, 2023.  All other dates and deadlines are **vacated**.

**IT IS SO ORDERED.**

Dated: July 5, 2023.

                                                    CHIEF UNITED STATES DISTRICT JUDGE