1  ULRICO S. ROSALES, State Bar No. 139809
   Email: rrosales@wsgr.com
2  NEDIM NOVAKOVIC, State Bar No. 313574
   Email: nnovakovic@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Plaintiff
7  CUTERA, INC.

8  JAMES A. ODLUM, State Bar No.109766
   Email: jodlum@mohlaw.com
9  MARSHALL L. BRUBACHER, State Bar No. 199100
   Email: mbrubacher@mohlaw.com
10 MUNDELL, ODLUM & HAWS, LLP
   650 E. Hospitality Lane, Suite 470
11 San Bernardino, CA  92408
   Telephone: (909) 890-9500
12 Facsimile: (909) 890-9580

13 Attorneys for Defendant
   LUTRONIC AESTHETICS, INC.
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17 CUTERA, INC.,                                 ) CASE NO.: 2:20-CV-00235-KJM-DB
                                                 )
18            Plaintiff,                         )
                                                 ) **STIPULATION TO REQUEST**
19       v.                                      ) **CONTINUANCE OF CASE**
                                                 ) **MANAGEMENT CONFERENCE**
20 LUTRONIC AESTHETICS, INC., and                ) **AND ORDER**
   Does 1-20,                                    )
21                                               ) Before:
              Defendants.                        ) The Hon. Kimberly J. Mueller
22                                               )
                                                 )
23                                               ) Magistrate Judge Deborah Barnes
                                                 )
24                                               ) Complaint Filed: January 31, 2020
                                                 )
25                                               ) FAC Filed: September 14, 2020
                                                 )
26                                               )
                                                 )
27                                               )

28

Plaintiff Cutera, Inc. ("Plaintiff" or "Cutera") and Defendant Lutronic Aesthetics, Inc. ("Defendant" or "Lutronic"), together the "Parties," by and through their respective counsel of record, hereby stipulate to request the Court to continue the Case Management Conference currently set for November 2, 2023. This stipulation is based on the following:

## RECITALS

A. This action has been pending in this Court since January 31, 2020.

B. The Parties are also engaged in a related and ongoing arbitration with JAMS (JAMS Reference No. 1110025250) involving Cutera and ten (10) current Lutronic employees formerly employed by Cutera;

C. The Parties have agreed that discovery from the JAMS matter, and specifically, the discovery obtained from an arbitrator-appointed neutral forensics examiner, Daniel Garrie, may be used in this matter;

D. This Court has previously extended pretrial deadlines by stipulation because of the significant time in forensically examining, collecting, and conducting privilege reviews;

E. The Parties have recently agreed to pursue mediation in an effort to settle this case and all related litigation. The Parties believe that recent executive management and board director changes at Cutera, as well as changes at Lutronic, favor a mediation at this time, without the additional expense and effort associated with litigation;

F. On July 5, 2023 the Court issued an order, based on the Parties' stipulation, staying the case for 120 days to facilitate mediation;

G. The mediation is currently scheduled for December 7, 2023 before the Honorable Jeremy D. Fogel, retired United States District Court Judge;

H. The Parties agree that a successful mediation of this action would resolve this case without further expenditure of Court resources;

I.    The Parties therefore respectfully request that the Court continue the Case Management Conference to a date after the mediation, preferably in January 2024 or thereafter.

## STIPULATION

IT IS HEREBY STIPULATED, as follows, that the Court continue the November 2, 2023 Case Management Conference to a date in January 2024 or thereafter.

Dated: October 18, 2023    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Ulrico S. Rosales
Ulrico S. Rosales

Telephone: 650.493.9300
Email: rrosales@wsgr.com

Attorneys for Plaintiff
CUTERA, INC.

Dated: October 18, 2023    MUNDELL, ODLUM & HAWS, LLP

By:  /s/James A. Odlum
James A. Odlum
Marshall L. Brubacher

Telephone: 909.890.9500
Email: jodlum@mohlaw.com

Attorneys for Defendant
LUTRONIC AESTHETICS, INC.

# ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

By:    /s/James A. Odlum

JAMES A. ODLUM (SBN 109766)

# ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Case Management Conference, originally set for November 2, 2023, is continued until January 25, 2024, at 2:30 p.m. before the undersigned. A joint Case Management Conference Statement shall be filed on or before January 11, 2024.

**IT IS SO ORDERED.**

DATED: October 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE