1  ULRICO S. ROSALES, State Bar No. 139809
   Email: rrosales@wsgr.com
2  NEDIM NOVAKOVIC, State Bar No. 313574
   Email: nnovakovic@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Plaintiff
7  CUTERA, INC.

8  JAMES A. ODLUM, State Bar No.109766
   Email: jodlum@mohlaw.com
9  MARSHALL L. BRUBACHER, State Bar No. 199100
   Email: mbrubacher@mohlaw.com
10 MUNDELL, ODLUM & HAWS, LLP
   650 E. Hospitality Lane, Suite 470
11 San Bernardino, CA  92408
   Telephone: (909) 890-9500
12 Facsimile: (909) 890-9580

13 Attorneys for Defendant
   LUTRONIC AESTHETICS, INC.
14

15                 UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTERA, INC., | CASE NO.: 2:20-CV-00235-KJM-DB |
| Plaintiff, | **STIPULATION TO REQUEST CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| v. | |
| LUTRONIC AESTHETICS, INC., and Does 1-20, | Before: The Hon. Kimberly J. Mueller |
| Defendants. | Magistrate Judge Deborah Barnes |
| | Complaint Filed: January 31, 2020 |
| | FAC Filed: September 14, 2020 |

Plaintiff Cutera, Inc. ("Plaintiff" or "Cutera") and Defendant Lutronic Aesthetics, Inc. ("Defendant" or "Lutronic"), together the "Parties," by and through their respective counsel of record, hereby stipulate to request the Court to continue the Case Management Conference currently set for Janaruy 25, 2024. This stipulation is based on the following:

**RECITALS**

A. This action has been pending in this Court since January 31, 2020.

B. The Parties are also engaged in a related and ongoing arbitration with JAMS (JAMS Reference No. 1110025250) involving Cutera and ten (10) current Lutronic employees formerly employed by Cutera;

C. The Parties have agreed that discovery from the JAMS matter, and specifically, the discovery obtained from an arbitrator-appointed neutral forensics examiner, Daniel Garrie, may be used in this matter;

D. This Court has previously extended pretrial deadlines by stipulation because of the significant time in forensically examining, collecting, and conducting privilege reviews.

E. On December 7, 2023, the Parties participated in a one-day mediation with the Honorable Jeremy D. Fogel, retired United States District Court Judge. While the matters did not settle on that day, the mediation is ongoing in that Judge Fogel continues to work with the Parties in an effort to settle this case and all related litigation. Due to the holidays, these discussions have taken longer than anticipated;

F. The Parties agree that a successful mediation of this action would resolve this case without further expenditure of Court resources;

G. A Scheduling Conference is currently scheduled before the Court on January 25, 2024. Due to the ongoing settlement discussions, the Parties respectfully request that the Court continue the Scheduling Conference not less than 30 days, preferably in early March 2024 or thereafter.

**STIPULATION**

IT IS HEREBY STIPULATED, as follows, that the Court continue the January 25, 2024 Scheduling Conference to a date in early March 2024 or thereafter.

Dated: January 11, 2024                     WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation


                                            By:  /s/ Ulrico S. Rosales
                                                 Ulrico S. Rosales

                                            Telephone: 650.493.9300
                                            Email: rrosales@wsgr.com

                                            Attorneys for Plaintiff
                                            CUTERA, INC.

Dated: January 11, 2024                     MUNDELL, ODLUM & HAWS, LLP


                                            By:  /s/James A. Odlum
                                                 James A. Odlum
                                                 Marshall L. Brubacher

                                            Telephone: 909.890.9500
                                            Email: jodlum@mohlaw.com

                                            Attorneys for Defendant
                                            LUTRONIC AESTHETICS, INC.

# ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from every Signatory.

By: __/s/ Ulrico S. Rosales__

ULRICO S. ROSALES (SBN 139809)

# ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Case Management Conference, originally set for January 25, 2024, is continued until March 14, 2024 at 2:30 p.m. A joint Case Management Conference Statement shall be filed no later than 14 days before that conference.

The court does not anticipate granting any further extensions of time.

**IT IS SO ORDERED.**

DATED: January 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST AND ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. 2:20-CV-00235-KJM-DB

-4-