1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CUTERA, INC., | Case No. 2:20-cv-00235-KJM-DB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| LUTRONIC AESTHETICS, INC., | |
| Defendant. | |

Having reviewed the Stipulation of Dismissal filed by Plaintiff Cutera, Inc. and Defendant Lutronic Aesthetics, Inc., the Court ORDERS as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is DISMISSED WITH PREJUDICE in its entirety.  Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated:

Hon. Kimberley J. Mueller
U.S. DISTRICT JUDGE